```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Lakeshore 76, Inc., et al.,<br><br>　　　　　　Defendants. | Case Number 20-4635 DMR<br><br>COVER SHEET FOR EXHIBIT<br><br>Hon. Donna M. Ryu<br>Hearing Date: 7/22/2021<br>Time:　1 pm<br>Location:　Zoom |

This is Exhibit 1 to supporting declarations of Roberto Cortez, Richard Mac Bride, and Richard Sepulveda to the motion of Richard Sepulveda to amend complaint.

Respectfully submitted,

Dated: June 7, 2021　　　　　　　　　　　Law Offices of Richard A. Mac Bride

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Richard A. Mac Bride
　　　　　　　　　　　　　　　　　　　　　　　Richard A. Mac Bride
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

---

COVER SHEET FOR FILING OF EXHIBIT 20-4635 DMR

-1-

